IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00890-1-JF |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER CONTINUING |
| v. | ) | DEFENDANT'S SENTENCING HEARING |
| | ) | FROM MARCH 17, 2010 TO APRIL 15, |
| ISRAEL SOLORIO-GUTIERREZ, | ) | 2010 |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

GOOD CAUSE APPEARING, and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from March 17, 2010, to April 15, 2010, 9:00 a.m.

Dated: March 15, 2010

_____
HON. JEREMY FOGEL,
United States District Court Judge

ORDER CONTINUE HEARING
No. CR 09-00890-1-JF                             1