BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO,
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant SOLORIO-GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-00890-1-JF |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER CONTINUING DEFENDANT'S SENTENCING HEARING FROM APRIL 15, 2010 TO MAY 27, 2010 |
| v. | ) | |
| ISRAEL SOLORIO-GUTIERREZ, | ) | |
| Defendant. | ) | |

**ORDER**

GOOD CAUSE APPEARING, and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from April 15, 2010, to May 27, 2010, 9:00 a.m.

Dated: April 12, 2010

_____
HON. JEREMY FOGEL,
United States District Court Judge

ORDER CONTINUE HEARING
No. CR 09-00890-1-JF                    1