IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>ISRAEL SOLORIO-GUTIERREZ,<br><br>Defendant. | No. CR 09-00890-1-JF<br><br>**[PROPOSED] ORDER AUTHORIZING RELEASE OF RECORDS BY PROBATION OFFICE**<br><br>**HONORABLE JEREMY FOGEL** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Probation Office may provide copies of the following records to Counsel of Record for Mr. Israel Solorio-Gutierrez (hereinafter "Defendant"):

1. Records described in Paragraph 27, of the Presentence Report including those records and/or reports obtained from (a) Grays Harbor Superior Court, Mantesano, Washington, Docket number 02-1-00257-1, and (b) reports and/or records previously obtained from Grays Harbor County Drug Task Force describing the events from May 22, 2002 through May 29, 2002, leading to the arrest of the defendant.

2. Records described in Paragraph 29, of the Presentence Report including those records obtained from Grays Harbor Superior Court, Aberdeen, Washington, Docket number C00048623, including the waiver "acknowledging that the proceedings have been explained and they are understood" as described in the Presentence Report.

3. Records and/or police reports described in Paragraph 35, of the Presentence Report obtained from the Wenatchee, Washington Police Department for the alleged possession of methamphetamine.

4. Records and/or police reports described in Paragraph 36, of the Presentence Report obtained from the Grays Harbor Superior Court, Washington, Docket number 04-1-00677-8; It is further ORDERED that those reports and/or records obtained from Aberdeen, Washington Police Department for the alleged violation of the Uniform Controlled Substances Act - possession of Methamphetamine, be provided to defense counsel.

5. Records and/or police reports described in Paragraph 38, of the Presentence Report obtained from the San Jose Police Department regarding his arrest on March 9, 2009, for possession of methamphetamine.

6. Records and/or police reports described in Paragraph 39, of the Presentence Report obtained from the San Pablo Police Department for receipt of stolen property, possession of controlled substances, possession of burglary tools, and given false identification to specific police officers, and being a deportable alien.

7. Records described in Paragraph 39, of the Presentence Report including those records obtained from Contra Costa Superior Court, Docket number 2279802-3.

1  8.  Police incident reports from the San Pablo Police Department for the events of February
2      26, 2003, and described in Paragraph 40, of the Presentence Report.

4      IT IS SO ORDERED.

5  Dated: 4/27/10                                   _____
                                                    JEREMY FOGEL
6                                                   United States District Judge